

SEALED

BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

FILED
APR 02 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:2 MJ 00072 GSA |
| Plaintiff, | APPLICATION AND ORDER SEALING COMPLAINT AND AFFIDAVIT |
| v. | |
| JOHN DOE aka El Chacaloso, | |
| Defendant. | |

The United States of America requests that the complaint and affidavit in support of the complaint herein be sealed to prevent the potential flight of the defendant, to protect the integrity of the underlying investigation, and to prevent the possible destruction of evidence. The United States further requests that the unsealing of the complaint and affidavit be automatic and self-executing upon defendant's arrest on the complaint.

DATED: April 2, 2012             BENJAMIN B. WAGNER
                                 United States Attorney

                           By:   /s/ Ian L. Garriques
                                 IAN L. GARRIQUES
                                 Assistant U.S. Attorney

1

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be sealed. If the named defendant is arrested on the complaint, the unsealing of the complaint and affidavit shall be automatic and self-executing, and no further order by this Court shall be necessary for unsealing.

DATED: April 2, 2012

HON. GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE