Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant ESTEBAN MENDOZA-GALENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00108 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF PLEA/TRIAL SETTING HEARING, AND ORDER THEREON |
| vs. | ) | |
| ESTEBAN MENDOZA-GALENO | ) | DATE: February 25, 2013 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the change of plea/trial setting hearing in the above entitled matter now set for February 11, 2013, may be continued to February 25, 2013 at 10:00 a.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea

---

U.S. vs Mendoza-Galeno                                           Stipulation/Proposed Order
Case No. 12-00108

negotiations taking into account the exercise of due diligence.

Good cause exists to allow for the defense to review new plea agreement which will be provided shortly.

DATED: February 5, 2013    FLETCHER & FOGDERUDE, Inc.

/s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Attorney for Defendant,
ESTEBAN MENDOZA-GALENO

Dated: February 5, 2013    Benjamin B. Wagner
United States Attorney

/s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant US Attorney

**ORDER**

The statement of Good Cause is generic and weak.  Future such requests will require specificity and strength.  Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the change of plea/trial setting hearing be continued to February 25, 2013 at 10:00 a.m.

IT IS SO ORDERED.

**Dated:   February 6, 2013**     /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE