BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00108-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ESTEBAN MENDOZA-GALENO, aka El Chacaloso | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Esteban Mendoza-Galeno aka El Chacaloso, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6) and 1028(b), defendant Esteban Mendoza-Galeno aka El Chacaloso's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately $2,922.00 in United States currency;
    b. One Samsung Notebook Computer Laptop;
    c. One Sony 1GB Thumb Drive;
    d. One Motorola Cellular Phone;
    e. One Sony Camera;

       f. One Polaroid Camera;
       g. One SanDisk Thumb Drive;
       h. One Max Data DVD-R;
       i. One GBC Creative Laminator;
       j. One Scotch TL901 Laminator;
       k. One Bag of Laminate Sleeves with Official Seals/Emblems;
       l. One Paper Cutter;
       m. One Card Corner Cutter;
       n. One Epson Printer/Copier;
       o. 3 Advertisements for Fraudulent Identification Documents; and
       p. One Printed Fraudulent Lawful Permanent Resident Card.

2. The above-listed property constitutes property used, and intended to be used, in any manner or part, to commit and to facilitate, and are proceeds derived from the commission of a violation of 18 U.S.C. § 1028(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection in their secure custody and control.

4. a. Pursuant to 18 U.S.C § 1028(g), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

1       b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B), 982(a)(6) and 1028(b), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   March 13, 2013**          /s/  Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE