# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUN 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) <br> vs. ) <br> Esteban Mendoza-Galeno ) | Case No. 1:12-CR-00108-1 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Esteban Mendoza-Galeno__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

Vacate the condition that the defendant participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All prior ordered conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Esteban Mendoza_   6-21-13                    _[signature]_   06/21/2013
Signature of Defendant     Date                Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                   6/21/2013
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                   6/24/13
Signature of Defense Counsel                    Date

### ORDER OF THE COURT
☒ The above modification of conditions of release is ordered, to be effective on  6/25/13 .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                   6/25/13
Signature of Judicial Officer                   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services